UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

REBECCA LYNN HUTSELL, )
)
Plaintiff, )
)
v. ) No. 3:18-CV-29-DCP
)
ANDREW M. SAUL, [1] )
Acting Commissioner of Social Security, )
)
Defendant. )

## ORDER

For the reasons stated in the Memorandum Opinion entered contemporaneously herewith,

Plaintiff's Motion for Summary Judgment [**Doc. 20**] will be **GRANTED**, and the Commissioner's

Motion for Summary Judgment [**Doc. 22**] will be **DENIED**.  This case will be **REMANDED** to

the Social Security Administration for the ALJ to appropriately reconsider the opinion of

Plaintiff's treating physician.

IT IS SO ORDERED.

ENTER:

Debra C. Poplin
Debra C. Poplin
United States Magistrate Judge

ENTERED AS A JUDGMENT
    s/ *John L. Medearis*
    CLERK OF COURT

_____

[1] Andrew M. Saul was sworn in as the Commissioner of Social Security on June 17, 2019, during the pendency of this case.  Therefore, pursuant to Federal Rule of Civil Procedure 25(d), Andrew M. Saul is substituted as the Defendant in this case.